# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PAUL E. WILLIAMS,**

      **Plaintiff,**　　　　　　　　Case No. 2:19-cv-5075
　　　　　　　　　　　　　　　　　　　JUDGE EDMUND A. SARGUS, JR.
      v.　　　　　　　　　　　　　Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter came before the Court on Plaintiff Paul E. Williams' unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). (ECF No. 26). For the reasons set forth in the Motion, the Court **GRANTS** Plaintiff's Motion.

Given the express contract between Plaintiff and his attorney, and the absence of any reasons why the award from the overall past-due benefits as outlined in Plaintiff's Motion would be unjust, the Court hereby **AUTHORIZES** a fee award in the amount of $18,663.93 pursuant to 42 U.S.C. §406(b) of the Social Security Act. Further, the Court **APPROVES** this fee, and **ORDERS** counsel to, upon payment of the §406(b) fees, refund the Equal Access to Justice Act fee amount of $4,700.00 to Plaintiff.

      **IT IS SO ORDERED.**

**11/2/2022**　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE